UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**SHELIA R. COMBS**, as Administratrix
of the estate of **MILDRED F. GOLLIE**,
surviving spouse of **JOE GOLLIE**,
**LEONARD J. STAYTON** and
**LEONARD J. STAYTON P.S.C.**,

        Plaintiffs,

v.                             Case No. 2:11-CV-00794

**ELKAY MINING COMPANY**,

        Defendant.

## AGREED FINAL ORDER OF DISMISSAL

Plaintiff, Shelia R. Combs, by counsel, and Defendant, Elkay Mining Company, by counsel, state that all matters in controversy with regard to the above-referenced matter have been resolved to the satisfaction of all. All sums due as indicated in the October 30, 2013 [Document 40] and December 4, 2013 [Document 44] Joint Status Reports have been paid by Elkay Mining Company, including the attorney fees due under the November 25, 2013 Order [Document 43].

Accordingly, Shelia R. Combs wishes to voluntarily dismiss Elkay Mining Company from this civil action with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. Having been so advised and there being no cause for denial or delay, it is hereby:

**ORDERED** that this civil action be voluntarily dismissed with prejudice, all parties bearing their own costs.

The Clerk of this Court is **DIRECTED** to mail certified copies of this Order to the undersigned counsel.

**ENTERED** this 14th day of April, 2014.

_____
HONORABLE JOSEPH R. GOODWIN
CHIEF JUDGE, U.S. DISTRICT COURT

April 15, 2014
_____
CLERK

| Prepared by: | Agreed to by: |
|---|---|
| /s/ Charles J. Crooks | /s/ Leonard J. Stayton |
| Charles J. Crooks (Bar No. 4633) | Leonard J. Stayton |
| Francesca Tan (Bar No. 4950) | P.O. Box 1386 |
| Jackson Kelly PLLC | Inez, KY 41224 |
| 150 Clay Street | staytonlawoffice@bellsouth.net |
| P.O. Box 619 | **Counsel for SHELIA R. COMBS**, as Administratrix of the estate of **MILDRED F. GOLLIE**, surviving spouse of **JOE GOLLIE, LEONARD J. STAYTON** and **LEONARD J. STAYTON P.S.C.** |
| Morgantown, WV 26505 | |
| (304) 284-4111 | |
| CCrooks@JacksonKelly.com | |
| FTan@JacksonKelly.com | |
| **Counsel for Elkay Mining Company** | |